IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNTAI, OHIO

| | | |
|---|---|---|
| CASI OSBORN, ET AL. | * | CASE NO. 1-18-298 (JUDGE BLACK) |
| PLAINTIFFS, | | |
| VS. | * | DISMISSAL ENTRY WITH PREJUDICE |
| FOREST RIVER, INC. | | |
| DEFENDANT. | * | |

It appearing to the Court that this action has been settled and compromised to the full satisfaction of all parties hereto, this action and all claims filed herein by all parties are ORDERED DISMISSED WITH PREJUDICE to the filing of a new action. Defendant Forest River to pay court costs.

IT IS SO ORDERED:

JUDGE TIMOTHY S. BLACK

/S/ Kevin C. Connell

---

Kevin C. Connell (0063817)
BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC.
137 N. Main St., Suite 400
Dayton, OH 45402
Phone: (937) 999-6261/Fax: (937) 999-6290
kconnell@bcvalaw.com
*Counsel for Defendant Forest River, Inc.*

/s/ Ronald L. Burdge

---

Ronald L. Burdge, Esq. (0015609)
Elizabeth Ahern Wells, Esq. (0078320)
8250 Washington Village Drive
Dayton, Ohio 45458
Tele.937.432.9500/Fax.937.432.9503
Ron@Burdgelaw.com
*Counsel for Plaintiffs Casi Osborn and Jason Ebbing*